AO 91 (REV. 12/85)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

USA

vs.

(1) EFREN MORALES-VELASQUEZ

CRIMINAL COMPLAINT
CASE NUMBER: EP:25-M -03118(1) - LE

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 2, 2025** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT did, Count I: 8 USC 1326a1 Re-Entry of Removed Aliens.

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and "*

Continued on the attached sheet and made a part hereof:    [X] Yes  [ ] No
Sworn to before me,

/S/ FLORES, ALBERT S.
Signature of Complainant
Border Patrol Agent

June 5, 2025
Date

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

at  EL PASO, Texas
City and State

Signature of Judge
**OATH TELEPHONICALLY SWORN
AT 02:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) EFREN MORALES-VELASQUEZ

FACTS   (CONTINUED)

557.

The DEFENDANT, Efren MORALES-Velasquez, an alien to the United States and a citizen of Guatemala was found approximately 1.5 miles east of the Ysleta Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Guatemala, without immigration documents allowing him to be or remain in the United States legally.   The DEFENDANT has been previously removed from the United States to Guatemala on 05/09/2025 through ALEXANDRIA, LOUISIANA.   The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been removed 1 time, the last one being to GUATEMALA on May 9, 2025, through ALEXANDRIA, LA

CRIMINAL HISTORY:
06/28/2010, JONESBOROUGH, TN, DRIVING WITHOUT A LICENSE(M), CNV, PROBATION 6 MONTHS, $25 FINE.
10/29/2011, TUSCULUM, TN, FAILURE TO APPEAR(M), UNK, UNKNOWN.
02/13/2023, JOHNSON CITY, TN, PUBLIC INTOXICATION(M), DSM, DISMISSED.
03/04/2024, WASHINTON COUNTY, TN, FAILURE TO APPEAR(M), DSM, DISMISSED.
04/02/2024, JOHNSON CITY, TN, DOMESTIC ASSAULT(M), CNV, UNSUPERVISED PROBATION, $10 FINE AND COURT COSTS.
01/01/2025, WASHINGTON COUNTY, TN, DOMESTIC ASSAULT 1ST OFFENSE/SIMPLE ASSAULT(M), UNK, UNKNOWN.